IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN WESLEY PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-06-1414-M |
| | ) | |
| DAVID C. MILLER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER

On March 30, 2007, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition for writ of habeas corpus be dismissed upon filing for lack of jurisdiction and that petitioner's "Application for Extension of Time to File Supplemental Pleadings And Or Amend Pleadings" be denied. Petitioner was advised of his right to object to the Report and Recommendation by April 19, 2007. After receiving extensions of time, petitioner filed his objection on June 18, 2007.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on March 30, 2007;
(2) DISMISSES the petition for writ of habeas corpus upon filing for lack of jurisdiction; and
(3) DENIES petitioner's "Application for Extension of Time to File Supplemental Pleadings And Or Amend Pleadings" [docket no. 15].

**IT IS SO ORDERED this 20th day of June, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE